AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

05 DEC 22 PM 12:52

Northern _____ DISTRICT OF Ohio, Eastern Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES OF AMERICA
V.

Jonathan GRAY

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 124

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or December 20, 2005 in Cuyahoga County, in the Northern District of Ohio, Eastern Division defendant(s) did, (Track Statutory Language of Offense)

Knowingly, and intentionally possess with the intent to distribute and to distribute less than 5 grams of cocaine base, a Schedule II narcotic drug controlled substance and did Knowingly Possess A Firearm in interstate commerce HAving been previously Convicted of a Crime Punishable by incarceration for a term exceeding one year.

in violation of Title 21 and 18 United States Code, 841(a)(1), (b)(1)(C) and 922 (g)

I further state that I am a(n) Special Agent and that this complaint is based on the following
                                    Official Title
facts:

See Attached Affidavit.

Continued on the attached sheet and made a part    [X] Yes  [ ] No

SA Lee Lucas
Special Agent Lee Lucas
Signature of Complainant

Sworn to before me, and subscribed in my presence,

December 21, 2005                                  at Cleveland, Ohio
Date                                               City and State

Magistrate Judge David S. Perelman                 Signature of Judicial
Name and Title of Judicial Officer